UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 3:18-cr-0010-JMS-MPB |
| | ) |
| **KARLON T. COLE** (01), | ) |
| | ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Matthew P. Brookman's Report and Recommendation dkt [92] recommending that Karlon T. Cole's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Lynch's Report and Recommendation dkt [92]. The Court finds that Mr. Cole committed Violation Numbers 3 and 4 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [76]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Cole is sentenced to the custody of the US Marhsal or his designee for a period of time served with no supervised release to follow.

February 18, 2022

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal